NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5039

WILLIAM HAVENS,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

John B. Wells, Law Office of John B. Wells, of Slidell, Louisiana, argued for plaintiff-appellant.

Douglas G. Edelschick, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.  Of counsel on the brief was Marc S. Brewen, Lieutenant Commander, Office of the Judge Advocate General, United States Department of the Navy, of Washington, DC.

Appealed from:  United States Court of Federal Claims

Judge Edward J. Damich

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5039

WILLIAM HAVENS,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the    United States Court of Federal Claims

in CASE NO(S).        07-CV-780

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, LOURIE, <u>Circuit Judge</u>, and CLARK, <u>District Judge</u>*).

AFFIRMED.  <u>See</u> Fed.Cir.R.36.

ENTERED BY ORDER OF THE COURT

DATED  August 7, 2009          */s/ Jan Horbaly*
                               Jan Horbaly, Clerk

---

\*       Honorable Ron Clark, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.